June 8, 2018

Jeremy E. Swenson, CSP
Swenson Consulting
11940 Cartwright Avenue, Suite 300
Grandview, MO 64030

Swanson, Martin & Bell, LLP
Attn: Timothy McGovern
330 North Wabash – Suite 3300
Chicago, Illinois 60611

Dear Timothy:

This report has been generated to forward snow and ice expert observations, conclusions, and opinions related to a rooftop collapse incident that occurred March 8th, 2014 at the cold storage warehouse located at 2966 Highland Drive, Hudsonville, MI 49426. These observations, conclusions, and opinions have been developed by reviewing case documents and files that were provided by Timothy McGovern in the Aspen American Insurance Co. v. Interstate Warehousing, Inc., case. The case is located in the United States District Court Northern District of Indiana Fort Wayne Division. The case number is 1:14-CV-383-PPS-RBC.

## **Introduction:**

My name is Jeremy Swenson, and I have been retained by Swanson, Martin & Bell, LLP on behalf of Aspen American Insurance Co. I have been asked to review case documents and to opine on the snow and ice removal industry standards and services that were provided by Interstate Warehousing, Inc. I have also been asked to review the snow and ice removal plans, policies, and procedures for commercial rooftop snow removal used by Interstate Warehousing, Inc. and to review pictures of the area where the rooftop collapse occurred. I will address "industry standard of care" for commercial snow and ice rooftop removal as it relates to Interstate Warehousing, Inc. and the snow and ice commercial rooftop removal services that were provided in relationship to the industry at large.

EXHIBIT 24                    Page **1** of **24**

This report is not intended to be exhaustive in that a detailed examination of this property and all the information in this case has been initiated recently. This report should be considered to be subject to supplementation or future revisions if additional information becomes available. This document will not discuss the minutia of the case but will generally address key issues related to the case as they are known at this time.

### Qualifications:

I currently work full time in the snow and ice removal industry as a Certified Snow Professional "CSP" with over 25 years of experience in the industry. As of 2018, there were less than 225 CSPs in the US and Canada. To become a CSP, I passed a three-hour exam that focused on: proficient knowledge of business, snow and ice science, sub-contractors, snow & ice operations, and techniques of the snow removal industry. I am actively involved with SIMA, the "Snow and Ice Management Association", which has the largest membership of snow and ice owners and contractors in the US and Canada. I served on the SIMA "Advanced Contract Clauses" national committee in 2017 and served on the national 2018 SIMA "Best Practices Committee", which focuses its efforts on setting national industry standards for snow and ice removal contractors, property managers, and building owners all across the United States. I own Snowmen, Inc., which contracts with 500+ commercial properties in the average winter season. I have managed and overseen snow and ice operations on over 10,000 acres of parking lot pavement, and over 28,000,000 square feet of sidewalk walking area in my career.

 I personally prepare over 1,500 snow and ice removal contracts per winter season and am an expert on snow and ice removal contract analysis and preparation. I have assisted hundreds of property managers and owners of commercial properties with setting the industry standard of care for snow and ice removal on their commercial properties, and I have overseen snow and ice removal operations and rooftop snow removal at many commercial sites similar to the cold storage warehouse located at 2966 Highland Drive, Hudsonville, MI. I am familiar with the industry standard of care regarding snow loads and snow removal on parking garages, elevated surfaces and commercial rooftops. Please note that the conclusions and opinions presented in this report are based on my education, experience, and the standards of practice for the snow and ice removal industry and represent valid conclusions and opinions to a reasonable degree of

certainty.  Additional experience and qualifications can be found in my CV, which is attached to this report.

## Observations, Authorities, & Facts:

1. Interstate Warehousing, Inc. managed a cold storage warehouse March 8th, 2014 located at 2966 Highland Drive, Hudsonville, MI.  Interstate Warehousing, Inc. was responsible for managing and maintaining the property, including the rooftop.

2. Andy Bobay worked for Interstate Warehousing, Inc. in March of 2014.  He was the corporate engineer and it was his responsibility to oversee the equipment and the building located at 2966 Highland Drive, Hudsonville, MI.  Andy states in his deposition that Interstate Warehousing did not have any policies or procedures for snow removal on the roofs of its facilities in March of 2014.  (Andy Bobay deposition – pages 27-29, 43).

3. Andy Bobay states in his deposition that he was aware that the cold storage warehouse had multi-level rooflines, and that he understands that snow may drift on multi-level roof lines.  He is also aware that ice can form in areas where drifts form.  He admits that he had been called to the Hudsonville, MI facility to investigate a potential roof collapse and that he had been up on the roof investigating that potential collapse.  He learned of the issue of a significant amount of snow on the rooftop of the 2966 Highland Drive facility on February 20th, 2014.  He became aware that there was approximately 23" of compressed snow with the bottom 5" being ice and slush.  He was also aware that there were snow drifts approximately 3-4 feet deep along the walls of the rooftop on the phase I area.  (Andy Bobay deposition – pages 49-52, 53, 78, 82-83).

4. Andy Bobay states in his deposition that he contacted Kent York, a structural steel supplier to get his opinion on the snow load of the roof.  He admits in his deposition that he never received a calculation of the snow load of the phase I building from Kent York or any other engineer before the rooftop collapse but he did receive Phase II calculations.  He states that there was a discussion regarding removing the snow from the roof at the Hudsonville location, but that they decided not to remove the snow because the condition

of the snow was "packed ice and snow". Andy felt that it was going to take some big equipment to remove it and he did not feel that the rooftop would support the large, heavy equipment. He assumed that because the snow was compacted it would be impossible to shovel. He admits that he never contacted any snow removal companies or contractors to determine how they would remove the snow, and that he is not familiar with ways to remove snow from a roof without using heavy equipment. He states that if he was aware that there were ways to remove the snow without using heavy equipment on the roof, then he would have had the snow removed from the roof. (Andy Bobay deposition – Pages 74-76, 86, 132-134, 205).

5. Andy Bobay states in his deposition that based on visual inspection of the amount of snow on the roof on February 24, 2014, that he became concerned about the structural integrity of the rooftop and advised his in-house people to stay off the roof. He felt that the rooftop was unsafe to walk on and work on because it may collapse. He was aware that there was drifting snow in the intersection between the Phase I and Phase II buildings on the rooftop. He admits that he never asked Nate Tippman or anyone at the Tippman Group to try to figure out how much drifting snow was at the intersection of Phase I and II. (Andy Bobay deposition – pages 136-139, 213-214).

6. Nate Tippman works for Interstate Warehousing and worked at the Hudsonville, MI facility for 10 years from 2004-2014. He admits that there was no written procedure for snow removal from rooftops in 2014, or any years prior to that date. He states that they did have a verbal policy to take action on the rooftop and remove snow from drainage paths to the scuppers when the snow depth would reach around 10" on the roof. He states that he never received any instruction or training on when it would be appropriate to remove snow from rooftops. (Nate Tippmann deposition – pages 12-14, 118-120, 122).

7. Nate Tippman states in his deposition that he knew that in February of 2014 that there was more snow on the roof than previous winters. He had been on the rooftop and observed the most accumulation of snow and ice that he had ever been aware of. He admits that he was concerned about the amount of snow on the roof. He states that he knew that there was drifted snow around 3-4 feet deep between the buildings on the

rooftop. He knew that on the Phase I rooftop that there was around 23 inches of snow with 5 inches of ice under it and 3-4ft drifts but did not know if this amount of snow could potentially overload the building. Nate states that he scooped approximately one cubic foot of snow and put it on the scale and it weighed 20lbs. He states that this is the only information that he received from anyone about the approximate weight of snow that might be on the roof at Hudsonville. Nate was concerned regarding the amount of snow on the rooftop and engaged an engineer to research it but never received the snow load information for the rooftop of the Phase I building before the rooftop collapsed. (Nate Tippman deposition – pages 140-141, 144-145, 158-159, 162, 172-175).

8. Nate Tippman states in his deposition that he was aware that windy conditions will create drifting snow on the rooftop at Hudsonville. He states that at one point he was going to send someone up on the rooftop, but the wind was too strong. He told Mr. Lozada on February 27th to stay off the rooftop because he was concerned about the new 2-3" of fresh snow that had just fallen. He states that even though they had been clearing drainage paths to the scuppers that he did not have any way of knowing whether or not the snow that was melting in the drift area was able to migrate to the scuppers. (Nate Tippman deposition – pages 211-212, 214-215, 222-223).

9. FEMA P-957 - Snow Load Safety Guide was created to inform building stakeholders about the risks a snow event poses to their buildings, provide them with information about preventative measures to take before the snow season, and inform them of actions that should be taken before, during and after a snow event. It is used in the industry today as a reference guide and training manual to help prevent rooftop collapses. It is used in the snow and ice removal industry as an industry standard by property owners, building and facility managers, and snow removal contractors.

10. FEMA P-957 – Snow Load Safety Guide section 2.3.1 Unbalanced Snow Load states: "Unbalanced snow loading is the condition in which snow accumulates at different depths in different locations on a roof, resulting in differential snow load. Unbalanced snow load poses a greater risk to the roof structural system than a uniform snow load.

Hence, the danger of drifting and sliding snow is that both create an unbalanced snow load condition. Figures 1a and 1b illustrate various unbalanced snow load scenarios resulting from drifting and sliding snow. Notice the snow is deeper at roof protrusions, obstructions, and elevation changes than in more open sections of the roof. The influence of these conditions on snow load is discussed in further detail in Chapter 3.". (FEMA – P-957 Snow Load Safety Guide).



**Figure 1a. Unbalanced snow load from drifting and sliding snow on typical commercial or industrial building**

Figure 1b.
Unbalanced snow load from drifting and sliding snow on residential structure



11. FEMA P-957 – Snow Load Safety Guide section 2.3.5 Snow Melt between storms states: "Snow melt between snow events may be beneficial or potentially hazardous depending on weather conditions. Snow melt between storms on properly designed, functioning roof drainage systems will reduce snow load. However, if the roof drainage system is blocked, improperly designed or maintained, snow melt may pose risks. Ice dams may form, which creates a concentrated load at the eaves and reduces the ability of sloped roofs to shed snow. This topic is discussed further in Chapter 3. On flat or low slope roof systems, snow melt may accumulate in low areas on roofs with poorly designed or blocked drainage systems. This condition is referred to as ponding. Ponding creates a concentrated load on the roof structural system and a potential hazard.". (FEMA – P-957 Snow Load Safety Guide).

12. FEMA P-957 – Snow Load Safety Guide section 3.1.3 Exposure to Wind states: "A buildings exposure to wind greatly influences the snow load on a roof. In fact, wind exposure has the largest effect on roof snow of the variables that are discussed. A building constructed in an open area is less likely to retain snow on the roof than a building in a sheltered location. However, wind also dictates snow drifting. If a building in an open area has varying roof elevations, parapets, or rooftop equipment, snow drifting may occur at these locations resulting in an unbalanced loading condition.". (FEMA – P-957 Snow Load Safety Guide).

13. FEMA P-957 – Snow Load Safety Guide section 3.4.3 Additions and New Neighboring Buildings states: "If a roof addition to an existing building is higher than the existing building roof, drifting of snow on the existing lower roof must be considered. Thus, determining whether the existing roof structure has been checked for drifting snow is important." (FEMA – P-957 Snow Load Safety Guide).

14. FEMA P-957 – Snow Load Safety Guide section 5.1 Pre-Season Preventative Measures and Planning states: "Ensuring the building structure and roof are in good repair prior to the snow season will prevent possible problems and potentially save repair and cleanup

costs.  Developing a Snow Event Response Plan ahead of the snow season is imperative for major facilities, such as manufacturing buildings, warehouses, and big box retail facilities with multiple work shifts.  Assigning tasks/roles in advance will help reduce confusion during a snow event and help ensure that nothing is overlooked, such as determining whether snow removal will be done by in-house crews or by a contractor on retainer.  Prepare an Occupational Safety and Health Administration (OSHA) – compliant safety plan to ensure worker safety during snow removal work and inspections.  The means of roof access and egress should be identified and all edge fall protection requirements reviewed.  Measures should include locating areas where snow removed from a roof can be stored on the ground away from entrances, exits, canopies, and building equipment.  Accessibility for snow removal vehicles should be checked.  Necessary snow removal equipment should be acquired and an inspection schedule for the equipment should be prepared.".  (FEMA – P-957 Snow Load Safety Guide).

15. FEMA P-957 – Snow Load Safety Guide section 5.2.2 What to Do After a Major Snow Event states: "Even if snow accumulation during an individual snow event approaches but does not surpass the threshold of building safety, removal of snow from the roof may still be in order.  Roof snow that is exposed to sunlight can soften, become denser, and then harden when the temperature drops below freezing.  As noted in Chapter 2, melt water may pool and subsequently freeze, creating a concentrated area of loading on the roof.  If subsequent snow events are anticipated, removing snow from the roof will minimize the risk of accumulating snow causing structural damage.  One benefit of immediate snow removal is that the effort required to remove the snow from the rooftop is reduced.  However, when snow accumulation is minor, the likelihood of damaging the roofing material or risk of being on a roof outweighs the benefits of removal.".  (FEMA – P-957 Snow Load Safety Guide).

16. FEMA P-957 – Snow Load Safety Guide section 5.3.1 When to Initiate Snow Removal states: "A number of factors influence when snow removal should begin including, but not limited to, the pre-snow condition of the building structure, snow from a previous snow event still on the roof, the rate of snowfall, and/or the need to keep ahead of

additional snow if there is a valid concern of a snow-induced structural failure. Knowing the design load of the structure is key in determining when to begin removal. Design snow load can be determined from construction drawings. If there are no drawings, retain the services of a licensed design professional before the snow season to determine structural capacity. A local Professional Engineer will be familiar with the snow conditions of the region. Their knowledge of the pervasive snow type can help the stakeholder formulate some benchmarks to when snow accumulation at the building is approaching the snow load capacity. As noted earlier, roof snow loads vary from ground snow based on multiple factors. Therefore, attempting to measure ground snow weight and assuming that it is the same as the roof snow load is incorrect. If the existing snow load is close to the capacity of the roof structure, snow removal is prudent. If the existing snow load is somewhat close to capacity and additional snow is forecast that could come close or exceed the capacity, snow removal is also prudent.". (FEMA – P-957 Snow Load Safety Guide).

## Opinions and Conclusions:

1. All of my opinions and conclusions set forth in this report are stated to a reasonable degree of probability and/or certainty. It is also my opinion that all of the instances and circumstances I identify in this report where Interstate Warehousing, Inc., failed to exercise reasonable care more likely than not caused the rooftop collapse of the cold storage warehouse building located at 2966 Highland Drive, Hudsonville, MI.

2. *Interstate Warehousing, Inc. managed a cold storage warehouse March 8th, 2014 located at 2966 Highland Drive, Hudsonville, MI. Interstate Warehousing, Inc. was responsible for managing and maintaining the property, including the rooftop.*

3. *Andy Bobay worked for Interstate Warehousing, Inc. in March of 2014. He was the corporate engineer and it was his responsibility to oversee the equipment and the building located at 2966 Highland Drive, Hudsonville, MI. Andy states in his deposition*

*that Interstate Warehousing did not have any policies or procedures for snow removal on the roofs of its facilities in March of 2014. (Andy Bobay deposition – pages 27-29, 43).* It is standard in the industry today to have some type of a snow removal policy or procedure in place for rooftop snow and ice removal at a commercial property like 2966 Highland Drive, Hudsonville, MI that has a large, flat rooftop area. It is well known in the industry that commercial buildings with large, flat rooftops are susceptible to gathering snow, and subsequently there needs to be some type of plan in place to remove the snow if the depth becomes too great and can overload the roof. Interstate Warehousing Inc. was responsible for managing and overseeing multiple, large warehouse locations in 2014, but did not have any type of snow removal policy, plan or procedure in place to assess if snow was overloading the rooftops, or to remove the snow as needed if they became aware that the amount of snow was reaching the rooftop snow load capacity. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by failing to have any type of snow removal policy, plan or procedure in place for rooftop snow removal.

4. *Andy Bobay states in his deposition that he was aware that the cold storage warehouse had multi-level rooflines, and that he understands that snow may drift on multi-level roof lines. He is also aware that ice can form in areas where drifts form. He admits that he had been called to the Hudsonville, MI facility to investigate a potential roof collapse and that he had been up on the roof investigating that potential collapse. He learned of the issue of a significant amount of snow on the rooftop of the 2966 Highland Drive facility on February 20th, 2014. He became aware that there was approximately 23" of compressed snow with the bottom 5" being ice and slush. He was also aware that there were snow drifts approximately 3-4 feet deep along the walls of the rooftop on the phase I area. (Andy Bobay deposition – pages 49-52, 53, 78, 82-83).* It is commonly known in the snow and ice removal industry that flat rooftops can have multi-level rooflines, and that snow will often blow and drift on the rooftops, causing areas of the roof to hold large amounts of snow that can become a problem if not removed. Andy Bobay states that he was aware that the warehouse had multi-level rooflines and that snow can drift and cause issues in these areas. He also states that he was aware that ice can form in areas that drift,

but nothing was done to correct this problem at the Hudsonville location before the rooftop collapse occurred. He was aware by February 20th, 2014 that there was around 23" of snow on the rooftop, with the bottom 5" being ice and slush. It is standard in the industry to become very concerned if a commercial building with a flat roof has over 12" of snow on the top of the roof. As snow amounts increase, the potential increases for snow to blow and drift into large drifts, and if the snow is not removed it will begin a melting and refreezing process that will create ice/slush under the snow. It is standard in the industry to remove the snow while it is fresh so the snow can not compact and melt/refreeze over and over. Andy was aware of large drifts on the rooftop of the Hudsonville warehouse property, which were estimated to be around 3-4ft deep. It is standard in the industry that if a building has 3-4ft deep drifts on the roof that the snow be removed to alleviate the weight of the snow on the rooftop in those areas. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by failing to remove the snow from the rooftop of the Hudsonville location after becoming aware of 23" of snow, and 3-4ft drifts of snow that existed on the rooftop. It is my opinion that if Interstate Warehousing, Inc. would have removed the snow that the rooftop collapse on March 8, 2014 of 2966 Highland Drive, Hudsonville, MI more likely than not could have been avoided.

5. *Andy Bobay states in his deposition that he contacted Kent York, a structural steel supplier to get his opinion on the snow load of the roof. He admits in his deposition that he never received a calculation of the snow load of the phase I building from Kent York or any other engineer before the rooftop collapse but he did receive Phase II calculations. He states that there was a discussion regarding removing the snow from the roof at the Hudsonville location, but that they decided not to remove the snow because the condition of the snow was "packed ice and snow". Andy felt that it was going to take some big equipment to remove it and he did not feel that the rooftop would support the large, heavy equipment. He assumed that because the snow was compacted it would be impossible to shovel. He admits that he never contacted any snow removal companies or contractors to determine how they would remove the snow, and that he is not familiar with ways to remove snow from a roof without using heavy equipment. He*

*states that if had been aware that there were ways to remove the snow without using*
*heavy equipment on the roof, he would have had the snow removed from the roof. (Andy*
*Bobay deposition – Pages 74-76, 86, 132-134, 205).* Andy Bobay became concerned
regarding the amount of snow on the roof of the Hudsonville location and began the
process of contacting structural consultants to try and determine if the amount of snow on
the roof was going to overload the roof. He never received a report or determination if
the amount of snow on the Phase I section of the roof was overloading the rooftop. It has
been my experience working in the snow and ice removal industry that once 12" or more
of snow has been determined on a rooftop, and when there is significant drifting on the
roof that it is imperative that a structural engineer is consulted immediately and an
assessment be generated to determine if the snow needs to be removed. Interstate
Warehousing, Inc. did not make it a priority to obtain a structural report in a timely
manner before the rooftop collapse. It would be standard in the industry to obtain
structural load information in 1-3 days from the time it was requested, but Interstate
Warehousing, Inc. did not obtain the required information until after the rooftop had
collapsed. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care
in their snow and ice removal duties by failing to obtain critical structural load
information from a structural engineer before the rooftop collapsed. It is my opinion that
if Interstate Warehousing, Inc. would have obtained the rooftop load capacity in a timely
manner that the rooftop collapse on March 8, 2014 of 2966 Highland Drive, Hudsonville,
MI more likely than not could have been avoided. Andy Bobay also states in his
deposition that he was not aware that the snow could be removed from the rooftop with
shovels or by labor crews. It was his belief that you would need to use heavy equipment
to remove the snow from the rooftop. He also admits that he did not consult with any
snow removal companies or contractors regarding removing the snow from the rooftop.
It is standard in the industry for a professional snow removal company or contractor to be
aware of the different types of rooftop snow removal that are available on commercial
buildings with flat rooftops. Interstate Warehousing, Inc. did not provide any type of
training for its employees or managers regarding rooftop snow removal. There is a lot of
information that is very easily available today regarding rooftop snow removal, yet
Interstate Warehousing, Inc. did not take the time to provide this information for their

managers or employees. It is my opinion that if Andy Bobay would have consulted with a professional snow and ice removal company or roofing contractor that they would have given him several different options to remove the snow from the rooftop. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by failing to consult with a snow removal company or contractor before the rooftop collapsed. It is my opinion that if Interstate Warehousing, Inc. would have contacted a professional snow removal company or contractor that the rooftop collapse on March 8, 2014 of 2966 Highland Drive, Hudsonville, MI more likely than not could have been avoided.

6. *Andy Bobay states in his deposition that based on visual inspection of the amount of snow on the roof on February 24, 2014, that he became concerned about the structural integrity of the rooftop and advised his in-house people to stay off the roof. He felt that the rooftop was unsafe to walk on and work on because it may collapse. He was aware that there was drifting snow in the intersection between the Phase I and Phase II buildings on the rooftop. He admits that he never asked Nate Tippman or anyone at the Tippman Group to try to figure out how much drifting snow was at the intersection of Phase I and II. (Andy Bobay deposition – pages 136-139, 213-214).* Andy Bobay states in his deposition that after visually inspecting the snow on the rooftop of the Hudsonville, MI location that he became concerned about the amount of snow, and the structural integrity of the rooftop. He was so concerned that he advised other employees to stay off the roof because it may collapse. He was aware that there were large drifts of snow between the Phase I and Phase II buildings on the rooftop, yet he never made it a priority to try and determine how much weight was located in the drifting areas. It is considered standard in the industry that if a property manager or building owner is concerned regarding the amount of snow on a rooftop and that they are recommending that no one walk on the roof, that the rooftop has too much snow and the snow needs to be removed. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by failing to consult with a snow removal company or contractor before the rooftop collapsed. It is my opinion that if Interstate Warehousing, Inc. would have contacted a professional snow removal company or contractor that the

rooftop collapse on March 8, 2014 of 2966 Highland Drive, Hudsonville, MI more likely than not could have been avoided.

7. *Nate Tippman works for Interstate Warehousing and worked at the Hudsonville, MI facility for 10 years from 2004-2014. He admits that there was no written procedure for snow removal from rooftops in 2014, or any years prior to that date. He states that they did have a verbal policy to take action on the rooftop and remove snow from drainage paths to the scuppers when the snow depth would reach around 10" on the roof. He states that he never received any instruction or training on when it would be appropriate to remove snow from rooftops. (Nate Tippmann deposition – pages 12-14, 118-120, 122).* It is standard in the industry for a property like the Hudsonville, MI warehouse location to have some type of plan, policies, procedures or training for employees or managers regarding rooftop inspections and snow removal. It is standard in the industry for these plans, policies or procedures to be in writing to that they are clearly communicated and understood by the managers and employees who are responsible for the rooftop inspections and snow removal. Interstate Warehousing, Inc. did have a verbal policy to have the rooftop inspected on a regular basis to remove snow so that melting snow could drain to the scuppers, which are the commercial rooftop drainage system for the roof. I find it unusual that they would have a policy to keep the rooftop scuppers clear so that the rooftop could drain, but there was no plans or policy in place for the actual removal of snow. It is not standard practice in the industry to have just a policy to keep the rooftop drainage scuppers cleared but not have any plans or policies in place regarding snow removal and to watch for deep snow and drifting snow on the rooftop. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by failing to have any type of written plan, policy or inspection procedure, and by not removing the snow before the rooftop collapsed. It is my opinion that if Interstate Warehousing, Inc. would have had some sort of reasonable written plan, policy or procedure for rooftop snow removal that the rooftop collapse on March 8, 2014 of 2966 Highland Drive, Hudsonville, MI more likely than not could have been avoided.

8. *Nate Tippman states in his deposition that he knew that in February of 2014 that there was more snow on the roof than previous winters. He had been on the rooftop and*

*observed the most accumulation of snow and ice that he had ever been aware of. He admits that he was concerned about the amount of snow on the roof. He states that he knew that there was drifted snow around 3-4 feet deep between the buildings on the rooftop. He knew that on the Phase I rooftop that there was around 23 inches of snow with 5 inches of ice under it and four-foot drifts but did not know if this amount of snow could potentially overload the building. Nate states that he scooped approximately one cubic foot of snow and put it on the scale and it weighed 20lbs. He states that this is the only information that he received from anyone about the approximate weight of snow that might be on the roof at Hudsonville. Nate was concerned regarding the amount of snow on the rooftop and engaged an engineer to research it but never received the snow load information for the rooftop of the Phase I building before the rooftop collapsed. (Nate Tippman deposition – pages 140-141, 144-145, 158-159, 162, 172-175).* Nate Tippman states in his deposition that he was aware that there was more snow on the rooftop of the Hudsonville, MI location than in any of the previous winters he had worked at the facility. He admits that he was concerned about the amount of snow on the roof, including the drifted snow between the Phase I and Phase II buildings. He became so concerned that he actually weighed a cubic foot of snow to try to determine the amount of snow weight on the rooftop. He engaged an engineer to discuss his findings, but never heard back from the engineer before the rooftop collapsed. It is standard in the industry that if a property manager or building owner becomes concerned regarding the amount of snow on a rooftop and weighs the snow to try and "self-determine" the weight of snow on the roof that the rooftop has too much snow and the snow needs to be removed. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by failing to consult with a structural engineer in a reasonable, timely manner before the rooftop collapsed. It is my opinion that if Interstate Warehousing, Inc. would have made it a priority to consult a structural engineer in a reasonable, timely manner that the rooftop collapse on March 8, 2014 of 2966 Highland Drive, Hudsonville, MI more likely than not could have been avoided.

9. *Nate Tippman states in his deposition that he was aware that windy conditions will create drifting snow on the rooftop at Hudsonville. He states that at one point he was going to*

*send someone up on the rooftop, but the wind was too strong. He told Mr. Lozada on February 27th to stay off the rooftop because he was concerned about the new 2-3" of fresh snow that had just fallen. He states that even though they had been clearing drainage paths to the scuppers that he did not have any way of knowing whether or not the snow that was melting in the drift area was able to migrate to the scuppers. (Nate Tippman deposition – pages 211-212, 214-215, 222-223).* It is standard knowledge in the industry that windy conditions can cause blowing and drifting of snow on commercial rooftops. Nate Tippman states that he was aware that windy conditions will create drifting snow on the roof of the Hudsonville, MI location. He was so concerned regarding the wind that he would not allow employees to go up on the roof because the wind was so strong. He was also concerned on February 27, 2014 when a new 2"-3" of fresh snow had fallen that perhaps this would be enough snow to overload the rooftop. It is standard in the industry that if the amount of snow on a roof ever reaches the point where a commercial property manager or building owner is afraid to have anyone walk on it for fear of collapse that the snow needs to be removed from the rooftop to alleviate the dangerous condition. It is also known in the industry that when you have a large snowdrift on top of a rooftop that snow will melt in the drift and cause icy/slushy conditions under the snowdrift. Snowdrifts that are 3-4ft deep on commercial rooftops block the natural path of water to drain to the rooftop drainage scuppers. Nate Tippman admits that while Interstate Warehousing, Inc. had a system to clear paths for water to drain to the scuppers that he did not know if snow that was melting in the drift area was able to migrate to the scuppers. It has been my experience from dealing with large drifts of snow on rooftops that snow will melt and the water will refreeze under the snowdrift, creating thick ice unless there is a path shoveled through the drift so the water can properly drain to the scuppers. There is no evidence from the photos provided or in the case files that a path of snow was shoveled through the drifted area on top of the Hudsonville, MI location to allow the water to drain properly away from the snow drifted area of the rooftop. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by failing to shovel a path through the large snow drifts on the rooftop between Phase I and Phase II to allow water to drain

away properly before the rooftop collapsed.

10. *FEMA P-957 - Snow Load Safety Guide was created to inform building stakeholders about the risks a snow event poses to their buildings, provide them with information about preventative measures to take before the snow season, and inform them of actions that should be taken before, during and after a snow event. It is used in the industry today as a reference guide and training manual to help prevent rooftop collapses. It is used in the snow and ice removal industry by property owners, building and facility managers, and snow removal contractors.*

11. *FEMA P-957 – Snow Load Safety Guide section 2.3.1 Unbalanced Snow Load states: "Unbalanced snow loading is the condition in which snow accumulates at different depths in different locations on a roof, resulting in differential snow load. Unbalanced snow load poses a greater risk to the roof structural system than a uniform snow load. Hence, the danger of drifting and sliding snow is that both create an unbalanced snow load condition. Figures 1a and 1b illustrate various unbalanced snow load scenarios resulting from drifting and sliding snow. Notice the snow is deeper at roof protrusions, obstructions, and elevation changes than in more open sections of the roof. The influence of these conditions on snow load is discussed in further detail in Chapter 3.". (FEMA – P-957 Snow Load Safety Guide).* The purpose of this industry safety guide section is to emphasize the importance of watching for drifting and blowing snow that can create an unbalanced snow load on commercial rooftops. Unbalanced snow loads caused by blowing and drifting snow are known to cause rooftop collapses. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties and did not abide by this industry safety guide and have a plan, policy, or procedure in place to watch for drifting snow causing unbalanced snow loads on the Hudsonville, MI rooftop before the rooftop collapse occurred.



**Figure 1a. Unbalanced snow load from drifting and sliding snow on typical commercial or industrial building**



**Figure 1b. Unbalanced snow load from drifting and sliding snow on residential structure**

2-4

12. *FEMA P-957 – Snow Load Safety Guide section 2.3.5 Snow Melt between storms states: "Snow melt between snow events may be beneficial or potentially hazardous depending on weather conditions. Snow melt between storms on properly designed, functioning roof drainage systems will reduce snow load. However, if the roof drainage system is blocked, improperly designed or maintained, snow melt may pose risks. Ice dams may*

*form, which creates a concentrated load at the eaves and reduces the ability of sloped roofs to shed snow.  This topic is discussed further in Chapter 3.  On flat or low slope roof systems, snow melt may accumulate in low areas on roofs with poorly designed or blocked drainage systems.  This condition is referred to as ponding.  Ponding creates a concentrated load on the roof structural system and a potential hazard.".  (FEMA – P-957 Snow Load Safety Guide).*  The purpose of this industry safety guide section is to emphasize the importance of snow melt on rooftops between snow events.  Snow melt between storms on a properly designed, functioning roof drainage system will reduce snow load, but if the roof drainage system is blocked then ice dams can form, creating a concentrated load on the rooftop, and rooftop collapse.  It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties and did not abide by this industry safety guide by allowing 3-4ft drifts to exist on the rooftop with no way for the water to drain from under the drifts on the Hudsonville, MI rooftop before the rooftop collapse occurred.

13. *FEMA P-957 – Snow Load Safety Guide section 3.1.3 Exposure to Wind states: "A buildings exposure to wind greatly influences the snow load on a roof.  In fact, wind exposure has the largest effect on roof snow of the variables that are discussed.  A building constructed in an open area is less likely to retain snow on the roof than a building in a sheltered location.  However, wind also dictates snow drifting.  If a building in an open area has varying roof elevations, parapets, or rooftop equipment, snow drifting may occur at these locations resulting in an unbalanced loading condition.".  (FEMA – P-957 Snow Load Safety Guide).*  The purpose of this industry safety guide section is to emphasize the importance of being aware of building and rooftop areas that are exposed to high wind, and to watch for drifting and blowing snow that can create an unbalanced snow load on commercial rooftops.  High winds causing unbalanced snow loads and blowing and drifting snow are known to be a cause of rooftop collapses.  It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties and did not abide by this industry standard and have a plan, policy, or procedure in place to watch for high winds and drifting snow causing

unbalanced snow loads on the Hudsonville, MI rooftop before the rooftop collapse occurred.

14. *FEMA P-957 – Snow Load Safety Guide section 3.4.3 Additions and New Neighboring Buildings states: "If a roof addition to an existing building is higher than the existing building roof, drifting of snow on the existing lower roof must be considered. Thus, determining whether the existing roof structure has been checked for drifting snow is important." (FEMA – P-957 Snow Load Safety Guide).* The purpose of this industry safety guide section is to emphasize the importance of being aware of rooftop areas that are higher in one area than another and watching for drifting and blowing snow that can create an unbalanced snow load on commercial rooftops. Unbalanced snow loads in rooftop areas that are higher than other areas and have drifted snow are known to be a cause of rooftop collapses. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties and did not abide by this industry standard and have a plan, policy, or procedure in place to watch for drifting snow causing unbalanced snow loads on the Hudsonville, MI rooftop before the rooftop collapse occurred.

15. *FEMA P-957 – Snow Load Safety Guide section 5.1 Pre-Season Preventative Measures and Planning states: "Ensuring the building structure and roof are in good repair prior to the snow season will prevent possible problems and potentially save repair and cleanup costs. Developing a Snow Event Response Plan ahead of the snow season is imperative for major facilities, such as manufacturing buildings, warehouses, and big box retail facilities with multiple work shifts. Assigning tasks/roles in advance will help reduce confusion during a snow event and help ensure that nothing is overlooked, such as determining whether snow removal will be done by in-house crews or by a contractor on retainer. Prepare an Occupational Safety and Health Administration (OSHA) – compliant safety plan to ensure worker safety during snow removal work and inspections. The means of roof access and egress should be identified and all edge fall protection requirements reviewed. Measures should include locating areas where snow removed from a roof can be stored on the ground away from entrances, exits, canopies, and building equipment. Accessibility for snow removal vehicles should be checked.*

*Necessary snow removal equipment should be acquired and an inspection schedule for the equipment should be prepared.". (FEMA – P-957 Snow Load Safety Guide)*. The purpose of this industry safety guide section is to emphasize the importance of creating a Snow Event Response Plan that includes an action plan for removing snow from commercial rooftops to prevent rooftop collapse. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by not having a Snow Event Response Plan, and by not having any type of safety or action plan to remove the deep snow on the Hudsonville, MI rooftop on March 8, 2014 before the rooftop collapse occurred.

16. *FEMA P-957 – Snow Load Safety Guide section 5.2.2 What to Do After a Major Snow Event states: "Even if snow accumulation during an individual snow event approaches but does not surpass the threshold of building safety, removal of snow from the roof may still be in order. Roof snow that is exposed to sunlight can soften, become denser, and then harden when the temperature drops below freezing. As noted in Chapter 2, melt water may pool and subsequently freeze, creating a concentrated area of loading on the roof. If subsequent snow events are anticipated, removing snow from the roof will minimize the risk of accumulating snow causing structural damage. One benefit of immediate snow removal is that the effort required to remove the snow from the rooftop is reduced. However, when snow accumulation is minor, the likelihood of damaging the roofing material or risk of being on a roof outweighs the benefits of removal.". (FEMA – P-957 Snow Load Safety Guide)*. The purpose of this industry safety guide section is to emphasize the importance of watching for snow on commercial rooftops that is accumulating over the winter months and watching to see if the snow is melting in a timely manner and not refreezing into ice beneath the snow, causing a concentrated area of loading on the roof. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by not having a reasonable plan to make sure the snow was not accumulating on the rooftop, and by not watching to make sure that the snow was not melting and refreezing into ice under the large snow drifts between Phase I and II., and by not having any type of plan to remove the snow before the rooftop collapse occurred.

17. *FEMA P-957 – Snow Load Safety Guide section 5.3.1 When to Initiate Snow Removal states: "A number of factors influence when snow removal should begin including, but not limited to, the pre-snow condition of the building structure, snow from a previous snow event still on the roof, the rate of snowfall, and/or the need to keep ahead of additional snow if there is a valid concern of a snow-induced structural failure. Knowing the design load of the structure is key in determining when to begin removal. Design snow load can be determined from construction drawings. If there are no drawings, retain the services of a licensed design professional before the snow season to determine structural capacity. A local Professional Engineer will be familiar with the snow conditions of the region. Their knowledge of the pervasive snow type can help the stakeholder formulate some benchmarks to when snow accumulation at the building is approaching the snow load capacity. As noted earlier, roof snow loads vary from ground snow based on multiple factors. Therefore, attempting to measure ground snow weight and assuming that it is the same as the roof snow load is incorrect. If the existing snow load is close to the capacity of the roof structure, snow removal is prudent. If the existing snow load is somewhat close to capacity and additional snow is forecast that could come close or exceed the capacity, snow removal is also prudent.". (FEMA – P-957 Snow Load Safety Guide).* The purpose of this industry safety guide section is to emphasize the importance of knowing the design load of commercial rooftops to determine when rooftop snow removal needs to take place. Not knowing the design load of a commercial rooftop, and not having a plan to remove the snow once the snow on the rooftop is reaching this load is known to cause rooftop collapses. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties and did not abide by this industry safety guide to know the design load of the rooftop and did not have any type of reasonable plan to remove the snow load on the Hudsonville, MI rooftop before the rooftop collapse occurred.

18. After reviewing the case files, it is my opinion that the rooftop collapse on March 8, 2014 of 2966 Highland Drive, Hudsonville, MI could have been easily avoided if Interstate Warehouse, Inc. would have applied a reasonable amount of effort to research and train

their managers and employees regarding rooftop snow conditions and removal. I am attaching Picture #1 which shows the two sections of the Phase I and Phase II rooftop from an aerial view. The snow on the rooftop was excessive at 23", but it is my opinion that the collapse was caused by the blowing and drifting snow 3-4ft deep that formed in the ridge between the two buildings. Interstate Warehousing, Inc. did not shovel a path through the drifts, allowing water to become trapped under the drifts, which then refroze into thick, heavy ice. This accumulated weight of the 3-4ft of snow and thick ice is what eventually lead to the rooftop collapse. I am attaching Pictures #2-#5 which show how rooftop snow removal is accomplished in the industry. There are basically two methods. The first method is to use labor crews with shovels and tarps to fill tarps with snow and then drag the snow to the edge of the commercial rooftop and dump it over the edge. The second method is to use a portable crane with a large bucket that will be lifted onto the rooftop. Hand labor crews will then shovel snow into the large bucket attachment and when full the crane will lower it off the building. Interstate Warehousing, Inc. did not choose to research these known industry options of rooftop snow removal, and chose to just let the snow sit on the rooftop until the rooftop finally collapsed. It is my opinion that Interstate Warehousing, Inc. failed to use reasonable care in their snow and ice removal duties by not properly researching available options for rooftop snow and ice removal, and by not removing the snow from the roof before the rooftop collapse.

I hereby certify that I have no interest, financial or otherwise, in the outcome of this matter. I reserve the right to revise these conclusions and opinions if additional relevant information is provided.

Submitted June 8, 2018

Jeremy E. Swenson, CSP

## Materials Reviewed:

1. Aspen Amended Complaint.
2. Amended Complaint – Exhibit A.
3. Amended Complaint – Exhibits B-F.
4. Answer to Indiana Complaint.
5. Response to Request No. 4 – Layout overview of building.
6. Response to Request No. 4 – Post Event bldg. plans and photos.
7. Andy Bobay Deposition & Exhibits.
8. Nate Tippmann Deposition & Exhibits.
9. Photos of rooftop collapse area.

## Attachments:

1. Attached and made a part of this report are my current Curriculum Vitae.
2. Information regarding my Certified Snow Professional "CSP" designation from the Snow and Ice Management Association, "SIMA".
3. FEMA P-957 – Snow Load Safety Guide.
4. Picture #1 – 2966 Highland Drive.
5. Picture #2 – Snow tarping and removal off commercial roof.
6. Picture #3 – Portable Crane snow removal off commercial rooftop.
7. Picture #4 – Removing snow off multilevel commercial rooftop.
8. Picture #5 – Removing snow off commercial rooftop.

# Jeremy E. Swenson, CSP

11940 Cartwright Avenue, Suite 300
Grandview, MO  64030
(816) 564-9131
jeremy@jeremyswenson.com
www.jeremyswenson.com

---

## CERTIFICATIONS/TRAINING:

- **Certified Snow Professional (CSP)**

  - Satisfied requirements by SIMA (nationally recognized trade organization-Snow & Ice Management Association) to become a Certified Snow Professional. Requirements included proficient knowledge of business, snow & ice science, sub-contractors, and snow & ice operations & techniques of the snow removal industry.
  - Served on the SIMA "Advanced Contract Clauses" national committee in 2017
  - Served on the SIMA "Best Practices" national committee in 2017.
  - Speaker on "National Snow Standards" at the 2017 SIMA 20th Annual Snow & Ice Symposium in Montreal, QC.
  - Government Facilities: Security Clearanced and trained for onsite snow operations at IRS Regional Headquarters, FBI Headquarters, Department Of Treasury Buildings, and many types of government facilities.
  - Airport: Security Clearanced, Badged, and trained in snow operations at Kansas City MKC Airport.
  - Railroad:  Trained in snow operations at 24/7 railroad facilities.
  - Medical Facilities:  Trained in snow operations at 24/7 hospitals, organ transplant centers, dialysis clinics, and many types of medical facilities.

## EMPLOYMENT HISTORY:

### *Snowmen365*, Founder, 2016 – Present

- Commercial Lawn & Landscape company providing full service lawn care, irrigation, sprinkler and landscape installation services.

### *Swenson Consulting*, Founder, 2008 – Present

- Consultant to the industry, working with building owners, property managers, tenants, business owners to assist with questions and issues.
- Expert witness on slip and fall cases – working with plaintiff and defense counsel.
- Provide case/document review, deposition testimony and court testimony.

### *Snowmen, Inc.*, Founder, President & CEO, 2005-Present

- Work with property managers and building owners to develop and write Requests for Proposal (RFP's) for snow and ice removal.
- Work with property managers and building owners to develop Snow Response Plans.
- Directed Snow and Ice Operations in the greater Kansas City metro area.
- Supervise subcontractors.
- Knowledgeable in various methods and techniques in snow and ice management with an emphasis on ice and re-freezing due to the unique weather conditions in the Kansas City area.
- Experienced with electronic and manual record keeping, snow budgets and contracts, scheduling, routing and customer service.
- Developed proprietary snow and ice management software for Snowmen Inc., which allows all aspects of operation to be run digitally.
- Experienced in working with National Service Companies on snow contracts and service.
- Custom designed and built equipment for Snowmen, Inc.'s use in servicing winter storms.

*Mulch Mart*, **Founder, 1995-2005**

- Landscape supply company specializing in landscaping mulch and playground safety surfacing.
- Started snow removal division for company in 2003 and oversaw all aspects of operations from sales, subcontractors, equipment, snow removal contracts and customer service.
- Worked as a snow removal subcontractor removing and hauling snow with skid steers for various companies in the Kansas City area.
- Worked as a snow removal sidewalk subcontractor providing high level sidewalk snow and ice removal services at Menorah Medical Center and many different high profile commercial buildings.
- Snow Removal division grew in three years to one of the top 10 largest snow removal companies in Kansas City.

*Smileys Executive Golf Complex*, **1988-1995**

- Helped build and maintain executive golf course and largest private driving range facility in Kansas City area.
- Responsible for overseeing budget, equipment and materials purchasing.
- Performed all snow removal operations for Golf Course and clubhouse area.

## ABOUT JEREMY SWENSON:

Jeremy Swenson started Snowmen Inc., Snow and Ice Management Services in the basement of his home and grew it into the largest snow and ice management company in the Kansas City area and into one of the largest in the United States, both within seven years of its beginning. Jeremy has managed winter services for over 100,000 acres of parking lot pavement and over 23,000,000 square feet of sidewalk pavement cumulatively throughout his career.

Jeremy has undergone testing to become a Certified Snow Professional (CSP.) This designation is considered the gold standard for individuals who value professionalism and excellence in the snow and ice industry. Jeremy maintains active membership in SIMA, the Snow & Ice Management Association as well as ASCA, the Accredited Snow Contractors Association. Jeremy

spends time in the snow off season with continuing education provided by these snow associations to keep current with industry trends and snow removal practices.

Jeremy also maintains membership in the following professional organizations: BOMA, the Building Owners and Managers Association, IFMA, the International Facility Management Association, and IREM, the Institute of Real Estate Management. Jeremy maintains active involvement in these associations year-round, helping to stay current on the snow and ice removal needs of Building Owners and Property Managers.

Jeremy, as an active owner, personally has worked every snow and ice storm in the Kansas City area for the last 16 years and continues to manage one of the largest snow removal operations in the United States today. Jeremy is familiar with the most modern methods of snow and ice removal operations, procedures, equipment, contracts, and types of deicers used in the snow removal industry today. Jeremy has successfully navigated hundreds of slip and fall accidents and snow/ice removal related incidents. After overseeing thousands of commercial accounts over the years, Jeremy has worked through most every issue that is relevant to the snow and ice management industry.

Jeremy is one of the few owners of a large-scale snow removal operation that began as a subcontractor shoveling snow and chipping ice with ice scrapers to keep sidewalks clean. Over the years Jeremy has spent hundreds of hours working with ATV's, Plow Trucks, Skid Steers, Salters, and other types of specialized snow equipment. This "hands on" experience has given Jeremy a unique and hard to find understanding of snow removal operations and services. As CEO of Snowmen, Inc., Jeremy continues to work every snow and ice event from a sophisticated command center on a 4.2-acre property custom designed and built by Jeremy for the snow and ice business and which has the largest, privately owned salt storage dome in the Midwest.

*CV Last revised as of:  7/8/2017*

# Experience Trust — Hire a Certified Snow Professional.

The Certified Snow Professional (CSP) certification is the recognized standard for professionalism and excellence in snow and ice management services. A CSP is an experienced, educated leader in the snow & ice management industry.

## A Certified Snow Professional is:

| **RELIABLE** | Values consistent service and communication. |
| **ACCOUNTABLE** | Focused on partnership, safety, and risk management. |
| **RESOURCEFUL** | Aligned with industry best practices and highly experienced. |

Hiring a service provider for snow & ice management is an essential safety and financial decision. You need a trustworthy partner you can depend on.



**CSP**✕
**CERTIFIED SNOW PROFESSIONAL**™

# What does it take to become a CSP?

**1** ▶ **THE APPLICATION**

Individuals are only qualified to take the CSP exam if they meet strict pre-requirements tied to their direct snow industry experience, not just anyone can become a CSP. The application includes a significant financial investment.

**2** ▶ **THE PREPARATION**

Preparing for the CSP exam is a rigorous endeavor that includes purchasing and reviewing these 6 different content modules:

- Business
- Snow & Ice Science
- Snow & Ice Operations
- Human Resources
- Sub-contractors
- Marketing

**3** ▶ **THE TEST**

A comprehensive 200 question exam is delivered in a qualified testing center. No notes or study materials are allowed, and testers have 3 hours to complete the exam.

**4** ▶ **THE COMMITMENT**

Once an individual achieves certification they must provide 15 continuing educational credits and a renewal fee annually.

**www.sima.org**



PROFESSIONALISM. EXPERIENCE.
KNOWLEDGE. EXCELLENCE.



*Risk Management Series*

# Snow Load Safety Guide

*FEMA P-957 / January 2013*



FEMA

Risk Management Series

# Snow Load Safety Guide

FEMA P-957 / January 2013



FEMA nor any of its employees makes any warrantee, expressed or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, product, or process included in this publication. Users of information from this publication assume all liability arising from such use.

# Contents

**Chapter 1. Introduction**................................................................1-1

1.1    General Objective..............................................................1-1

1.2    Objective and Scope.........................................................1-1

1.3    Intended Users of this Document.....................................1-2

1.4    Reasons for Preparing this Document.............................1-3

1.5    Limitations.........................................................................1-3

**Chapter 2. Snow Loads**..............................................................2-1

2.1    Building Code Definitions................................................2-2

2.2    Snow Types.......................................................................2-2

    2.2.1    Range in Snow Weight.........................................2-3

    2.2.2    Ice ........................................................................2-3

    2.2.3    Regional and Local Considerations ...................2-3

2.3    Other Variables.................................................................2-3

    2.3.1    Unbalanced Snow Load .......................................2-3

    2.3.2    Snow Fall Rate.....................................................2-6

    2.3.3    Ambient Temperature ........................................2-6

    2.3.4    Rain-on-Snow Load ............................................2-6

    2.3.5    Snow Melt between Storms .................................2-6

**Chapter 3. Building Basics**.......................................................3-1

3.1    Building Characteristics and Shapes ..........................3-1

    3.1.1    Use Type ..............................................................3-1

    3.1.2    Roof Geometry and Roofing Material .............3-2

    3.1.3    Exposure to Wind................................................3-4

    3.1.4    Insulation ............................................................3-4

3.2    Roof Conditions ..............................................................3-5

    3.2.1    Short Spans ..........................................................3-6

    3.2.2    Long Spans...........................................................3-6

    3.2.3    Secondary and Other Structures.......................3-6

3.3      Common Roof Framing Materials ...............................................3-6

     3.3.1    Wood Construction ..........................................3-7
     3.3.2    Heavy Timber Construction ............................3-7
     3.3.3    Steel Construction ...........................................3-8
     3.3.4    Pre-Engineered Metal Building Systems ......................3-8
     3.3.5    Cold Formed Steel Truss Construction.........................3-8
     3.3.6    Reinforced Concrete Construction ................................3-8

3.4      Additions and Modifications to Roof Areas  ...........................3-9

     3.4.1    Rooftop Equipment .........................................3-9
     3.4.2    Reroofing .........................................................3-9
     3.4.3    Additions and New Neighboring Buildings...................3-9

3.5      Age and Building Code Considerations  .....................................3-9

## Chapter 4. Monitoring a Building Structure ...................................4-1

4.1      Pre-Season Inspection and Condition Assessment....................4-1

     4.1.1    Key Building Information................................4-2
     4.1.2    Items to Inspect ..............................................4-2
     4.1.3    Repairs, Corrective Action, and Mitigation ...................4-3

4.2      Warning Signs of Overstress Conditions During
     a Snow Event  ..........................................................................4-3

4.3      When to Contact a Professional Structural Engineer  ..............4-4

## Chapter 5. Measures to Reduce the Potential of Snow
     Load-Induced Structural Failures .................................5-1

5.1      Pre-Season Preventative Measures and Planning .....................5-2

5.2      Snow Event Response Strategies....................................................5-3

     5.2.1    What to Do During a Significant Snow Event................5-3

     5.2.2    What to Do After a Major Snow Event............................5-3

     5.2.3    What to Do Before Another Snow Event........................5-3

5.3      Removal of Snow from Roof...........................................................5-4

     5.3.1    When to Initiate Snow Removal ....................5-4
     5.3.2    Safety Measures for Snow Removal .................5-4
     5.3.3    Method of Snow Removal.................................5-5

## Chapter 6. Bibliography.................................................................6-1

# List of Figures

## Chapter 2

Figure 1a:    Unbalanced Snow Load from Drifting and Sliding
              Snow on Typical Commercial or Industrial Building .........2-4

Figure 1b:    Unbalanced Snow Load from Drifting and Sliding
              Snow on Residential Structure ...............................2-4

Figure 2:     Snow Guards or Snow Cleats ................................2-5

## Chapter 3

Figure 3a:    Flat or Low-Slope Roof With or Without Roof Drain .........3-2

Figure 3b:    Stepped Roof ...................................................3-2

Figure 3c:    Saw-Tooth Roof .................................................3-2

Figure 3d:    Mono-Slope Roof ...............................................3-2

Figure 3e:    Gable/Multi-Span Gable Roof .................................3-2

Figure 4:     Insulation – Ice Dam Effect .................................3-5

## Chapter 5

Figure 5:     Snow Removal Diagram .......................................5-6

    

## Snow Load Safety Guide

# 1

# Introduction

## 1.1 General Objective

The objective of the Risk Management Series *Snow Load Safety Guide* is to inform building stakeholders about the risks a snow event poses to their buildings, provide them with information about preventative measures to take before the snow season, and inform them of actions that should be taken before, during, and after a snow event.

## 1.2 Objective and Scope

Most buildings are not at risk of snow induced failure. More often than not, attempting to remove snow from a roof is more hazardous than beneficial, posing a risk to both personnel and the roofing structure. However, snow accumulation in excess of building design conditions can result in more than a temporary loss of electrical power and inaccessible roads. Buildings may be vulnerable to structural failure and possible collapse if basic preventative steps are not taken in advance of a snow event. Knowledge of the building roof framing system

and proper preparation in advance of a snow event is instrumental in reducing risk to the structure.

Structural failure due to roof snow loads may be linked to several possible causes, including but not limited to the following:

- Actual snow load significantly exceeds design snow load
- Drifting and sliding snow conditions
- Deficient workmanship
- Insufficient operation and maintenance
- Improper design
- Inadequate drainage design
- Insufficient design; in older buildings, insufficient design is often related to inadequate snow load design criteria in the building code in effect when the building was designed

This document is not intended to provide a comprehensive discussion of the underlying issues or forensics of snow-induced structural failure. The purpose is instead to:

1. Inform building stakeholders of susceptible snow loading conditions
2. Identify potentially vulnerable roof framing systems
3. Outline a general methodology to monitor buildings for signs of potential failure so that steps can be taken to reduce the potential risk of snow-load-induced structural failure

## 1.3   Intended Users of this Document

- The intended audience of this guidance document is building stakeholders. Stakeholders may include:Property owners
- Building and facility managers
- Homeowners
- Emergency managers
- Other decision-makers

## 1.4   Reasons for Preparing this Document

The northeastern part of the United States suffered multiple major snow storms in the winter of 2011 that resulted in numerous building failures. Unlike national safety and response guidelines for flood and seismic events, currently there does not exist a unified document that discusses mitigating damage to roof systems resulting from excessive snow loading.[1] State governments and local jurisdictions throughout the United States may publish snow safety guidelines, but the guidelines might not be issued until a snow event has occurred.

## 1.5   Limitations

This document is not a commentary on existing building codes nor a guidance manual on how to compute snow loads. It is not intended to be a technical reference for the design of the building structural roof system.

For concerns about the safety of a building or for information about structural engineering, contact a local building official or design professional.

---

1   Snow load design information is available in ASCE 7-10, *Minimum Design Loads for Buildings and Other Structures* (ASCE, 2010), and in *Snow Loads: Guide to the Snow Load Provisions of ASCE 7-10* (O'Rourke, 2010).

R I S K   M A N A G E M E N T   S E R I E S



Snow Load Safety Guide

# 2 Snow Loads

A snow event is not necessarily a single large snow storm. A snow event can be a series of storms that result in additional snow loads on a building. No two snow events are identical, and the resulting snow loads on nearby buildings from one snow event may be different. One foot of snow on the ground does not necessarily equal 1 foot of snow on a roof. Further, differing snow load conditions are a function of the variables associated with an individual building. The characteristics of snow can differ significantly from snow event to snow event.

This chapter contains the building code definitions of snow load, types of snow, the variables that factor into roof snow loads, and the risks various snow conditions pose.

## 2.1   Building Code Definitions

Structural engineers use building codes to determine design snow loads on building structures. Currently, the International Building Code (IBC) is used throughout the United States for snow loads.

States and/or local jurisdictions may amend or supplement the IBC or adopt their own code. The building code identifies the ground snow load, which building designers use as the starting point to calculate the uniform design snow load on a building roof.

Ground snow load is defined as the weight of snow on the ground surface (IBC, 2012). Ground snow load values are established using data collected by the National Weather Service. Maps of ground snow loads in IBC and in ASCE 7 indicate a 2 percent probability of the indicated load being equaled or exceeded in any given year. Ground snow loads do not discount that actual snow loads may exceed them, only that the risk of snow-load-induced failure is reduced to an acceptably low level.

Roof snow load is defined as the weight of snow on the roof surface used in design of the building structure (IBC, 2012). It is determined based on multiple factors, including:

- Ground snow load value

- Importance, occupancy, and use of the building

- Wind exposure of roof

- Roof slope

- Roof shape

- Roof obstructions

- Thermal condition of the building

Before acceptance of the IBC as a national code, multiple building codes were used throughout the United States. The Building Officials Code Administrators (BOCA) was used on the East Coast and throughout much of the Midwest, used. In parts of the Midwest, the Standard Building Code was referenced. In the West and Alaska, the primary building code used was the Uniform Building Code (UBC). Drifting loads were first incorporated into BOCA in 1975. Unbalanced roof snow loads were not introduced in UBC until 1988. Only relatively recently have drifting and sliding snow loads been addressed in building codes. A building constructed 40 years ago may not have been designed for snow loads as they are understood today.

## 2.2   Snow Types

Snow comes in many forms and is affected by numerous atmospheric and geographic conditions. Regional differences in season, altitude, humidity, and other variations result in a range

of snow densities. For example, the weight of 1 foot of snow in Utah does not necessarily equal the weight of 1 foot of snow in Vermont.

### 2.2.1  Range in Snow Weight

The weight of 1 foot of fresh snow ranges from 3 pounds per square foot for light, dry snow to 21 pounds per square foot for wet, heavy snow (Gooch, 1999).

### 2.2.2  Ice

One inch of ice weighs a little less than 5 pounds per square foot, and 1 foot of ice weighs approximately 57 pounds per square foot. Ice weighs significantly more than heavy, wet snow per inch depth. In part, this is why it is important to prevent ice buildup on a roof structure.

### 2.2.3  Regional and Local Considerations

Snow in the western part of the United States is typically lighter and less dense than snow on the East Coast, which tends to be wetter and denser. There are exceptions based on locality and unique weather conditions, such as the Pacific Northwest around Seattle, WA, and the southwestern coast of Alaska. Local authorities and structural engineers are most familiar with regional snow characteristics.

## 2.3   Other Variables

The uniform roof snow load, as determined by the factors discussed above, is a value determined for a flat, wide open roof free of obstructions and protrusions. Rarely is a roof such. Variables from the ideal condition are accounted for by designers as dictated in the building codes. These refined design loads are predicated on real world snow conditions. Although the process for determining these special load conditions is beyond the scope of this document, awareness of what these circumstances are will increase understanding of potentially vulnerable areas of the roof. This section addresses unbalanced snow loading resulting from drifting and sliding snow, as well as other environmental factors involved in managing snow.

### 2.3.1  Unbalanced Snow Load

Unbalanced snow loading is the condition in which snow accumulates at different depths in different locations on a roof, resulting in differential snow load. Unbalanced snow load poses a greater risk to the roof structural system than a uniform snow load. Hence, the danger of drifting and sliding snow is that both create an unbalanced snow load

condition. Figures 1a and 1b illustrate various unbalanced snow load scenarios resulting from drifting and sliding snow. Notice the snow is deeper at roof protrusions, obstructions, and elevation changes than in



Figure 1a. Unbalanced snow load from drifting and sliding snow on typical commercial or industrial building



Figure 1b. Unbalanced snow load from drifting and sliding snow on residential structure

more open sections of the roof. The influence of these conditions on snow load is discussed in further detail in Chapter 3.

### 2.3.1.1 Drifting Snow

Drifting snow is the result of wind transporting snow from one portion of the roof to another. Snow drifts often form on a lower roof in the wind shadow of the higher portions of the building. Snow can also be blown up against and accumulate next to an obstruction (e.g., high roof framing, rooftop equipment, parapet, adjacent building, dormer windows). The snow depth at this obstruction is greater than the overall roof snow depth and therefore creates a larger load on the roof structure at the location of the drift.

### 2.3.1.2 Sliding Snow

Unless a sloped roof has snow guard or cleats (Figure 2), a sliding snow condition can occur. Snow from a higher roof can become unstable and slide onto a lower roof where it accumulates. Common instances of this are on porch/sunroom roofs and entrance canopies beneath gabled roofs of residential buildings (Figure 1b). Consequently, the snow depth on the lower roof within the fall zone of the sliding snow is greater than the overall roof snow depth, an unbalanced load condition. Again, this creates a larger load on the structure at the location where the snow fell



Figure 2.
Snow guards or snow cleats

from the upper roof. Furthermore, the dynamic force of the sliding snow onto the lower roof may produce a significant impact force on the lower roof framing, which can potentially overload the roof structure.

### 2.3.2  Snow Fall Rate

Snow fall rate is not a direct variable of the calculated roof snow load.

Snow fall rate does not influence the snow load. Instead, the rate of accumulation factors into when to begin monitoring a structure during a snow event. A faster snowfall rate means the stakeholder should start monitoring the snow condition earlier. A faster snowfall rate also means less time to remove the snow before it reaches the critical threshold.

### 2.3.3  Ambient Temperature

Temperatures fluctuating above and below freezing can produce hazardous conditions. Snow melts and then refreezes, creating ice and ice dams and resulting in higher concentrated loads at roof low points (if not properly drained) and at eaves on sloped roofs. Also, when temperatures hover around freezing, precipitation tends towards a "wintery mix" that can result in a rain-on-snow condition, which current building codes address.

### 2.3.4  Rain-on-Snow Load

Building code provisions for design snow loads incorporate light rain on snow, but heavy rainfall is not included. Therefore, this additional load must be taken into account separately by the structural engineer. Factors influencing the rain-on-snow load include rain intensity, roof geometry, and drainage characteristics of the roof. Duration is also considered because continuous rain can wash away snow, effectively reducing the risk of snow-induced collapse. Conversely, a period of short rain may cause snow to melt and become further saturated, significantly increasing the load on the roof structure.

### 2.3.5  Snow Melt between Storms

Snow melt between snow events may be beneficial or potentially hazardous depending on weather conditions. Snow melt between storms on properly designed, functioning roof drainage systems will reduce snow load. However, if the roof drainage system is blocked, improperly designed or maintained, snow melt may pose risks. Ice dams may form, which creates a concentrated load at the eaves and reduces the ability of sloped roofs to shed snow. This topic is discussed further in

Chapter 3. On flat or low slope roof systems, snow melt may accumulate in low areas on roofs with poorly designed or blocked drainage systems. This condition is referred to as ponding. Ponding creates a concentrated load on the roof structural system and a potential hazard.

RISK MANAGEMENT SERIES

    

Snow Load Safety Guide

# 3

# Building Basics

The risk of structural failure from snow load is influenced by the characteristics of the building. Some roof structures and materials are more susceptible to snow-induced collapse than others. Building configurations create conditions in which drifting and sliding snow may pose a risk.

This chapter discusses building characteristics, materials, structural systems, and their respective vulnerabilities.

## 3.1 Building Characteristics and Shapes

As noted in Chapter 2, roof snow loads differ from ground snow loads. The variables in roof snow load are roof geometry and roofing material, exposure to wind, and insulation.

### 3.1.1 Use Type

Building structures are categorized as residential, commercial, industrial, institutional, or agricultural.

### 3.1.2  Roof Geometry and Roofing Material

Roof construction comes in many forms. The geometry has an influential role in the distribution of roof snow loads. Snow loads on an open flat roof, free of obstructions and rooftop equipment tend to be uniform, whereas roofs with defining geometric irregularities and obstructions accumulate snow in an unbalanced pattern. Intuitively, steep roofs are more likely to shed snow through sliding than flat and low slope roofs, although other variables factor in. Commercial, industrial, and agricultural buildings typically use one roof configuration throughout the structure, sometimes with varying roof and ridge elevations. Architecturally influenced design, such as residential, often incorporate multiple roof geometries.

Figures 3a through 3e illustrate common roof configurations:



Figure 3a. Flat or low-slope roof with or without roof drains



Figure 3b. Stepped roof



Figure 3c. Saw-tooth roof



Figure 3d. Mono-slope roof



Figure 3e. Gable/multi-span gable roof

Roof geometric characteristics provide an opportunity for snow accumulation and drifting resulting in an unbalanced loading condition, including:

- A geometric feature that blocks wind from blowing snow, known as an aerodynamic shade, creates an opportunity for snow to drift. This commonly occurs at the leeward side of the ridge on gable and mono-slope roofs (Figures 3d and 3e) or rooftop protrusions such as mechanical penthouses and stair towers.

- Parapets on flat and low slope roofs and at changes in roof elevation of stepped roofs (Figures 3a and 3b) are common locations for snow drifts

- Valleys of saw-tooth roofs (Figure 3c) and at the intersection of sloping residential roofs (Figure 1b) accumulate greater snow depth than elsewhere on the roof

- Roof impediments, such as mechanical screen walls, rooftop vents, and skylights collect snow drifts (Figure 1a)

- Roof top equipment, such as heating and cooling units or solar panels, provide a place for snow to drift (Figure 1a)

- On residential roofs irregularities such as chimneys, dormer windows, porch roofs, and skylights may collect snow drifts (Figure 1b)

Roof geometry and roofing material influence the tendency of snow to slide from a roof as follows:

- Low slope roofs retain snow more so than pitched roofs. However, roof pitches as low as 10 degrees have been observed to shed snow.

- Steeper roof slopes shed snow more effectively. Thus, greater roof slopes are common on buildings in the northern States and in mountainous snow-prone regions.

- Roof pitch that exceeds the angle of repose of snow results in snow sliding; the angle of repose is the maximum angle at which snow will not slide, approximately a 30 degree roof slope, often referred to as 6:12 or 7:12. This is not to say that snow on roofs with a shallower slope will not slide.

■ More tactile, abrasive roofing materials are less slippery and do not shed snow as easily as a slippery surface. Tactile roof materials include asphalt shingles and aggregate surface built-up membranes. Slippery roof materials include metal roof panels and single-ply membrane roofing.

■ The presence of snow guards or snow cleats will inhibit snow from sliding off the roof (Figure 2 in Chapter 2).

### 3.1.3 Exposure to Wind

A building's exposure to wind greatly influences the snow load on a roof. In fact, wind exposure has the largest effect on roof snow of the variables that are discussed. A building constructed in an open area is less likely to retain snow on the roof than a building in a sheltered location. However, wind also dictates snow drifting. If a building in an open area has varying roof elevations, parapets, or rooftop equipment, snow drifting may occur at these locations resulting in an unbalanced loading condition.

### 3.1.4 Insulation

A roof assembly's thermal properties affect roof snow load in several ways. A well-insulated or well-ventilated roof typically retains more snow than a poorly insulated roof or a roof over a poorly ventilated attic. Well-insulated roofs do not permit heat from within a building to melt roof snow from beneath. Similarly, a well-ventilated attic space has a temperature similar to ambient air; therefore, as illustrated in the bottom graphic of Figure 4, heat within the building does not cause roof snow melt. This condition is analogous to the roof of an open carport, where both the top and underside of the roof have the same temperature. Because there is no temperature difference, the rate of snow melt is unaffected.

For gabled and sloped roof systems, uninsulated heated attics increase the propensity for snow to melt or slide. However during freezing temperatures, discontinuous thermal characteristics at roof eave overhangs can inhibit snow shedding by causing ice dams, as shown in the top graphic of Figure 4. Melt water flows down the roof slope and freezes at the eave. The problem propagates as the ice dam becomes bigger, resulting in more melt water blockage at the eave.

Ice dams create several problems. First, they prevent snow from sliding off the roof. Snow and ice accumulation at the eave creates an undesirable unbalanced snow loading condition. A second (and potentially larger) problem that may arise from ice dams is water infiltration into the building interior.



Figure 4.
Insulation – Ice Dam Effect

A properly designed, internally drained flat or low slope roof is not affected by building insulation characteristics to the degree sloped structures are. In fact, on an uninsulated low slope roof, there is the benefit of reduced snow load through melting. Melt water will not encounter a temperature differential that leads to freezing (ice dams) and pose the problem which occurs on sloped roofs with cold eaves.

## 3.2    Roof Conditions

Span length of the primary roof framing members is also important in determining whether a roof structure may be susceptible to excessive deflection or failure from snow loading. Additionally, what structure the roof is covering should be accounted for when determining susceptibility to snow.

### 3.2.1  Short Spans

In general, short-span roof structures are less susceptible to excessive snow loading failure than long-span roof structures. Short-span roofs are less prone to deflection and therefore less at risk to ponding and improper roof draining.

### 3.2.2  Long Spans

Long-span roof framing systems may have less structural redundancy than short-span roof framing systems, which can make failure more catastrophic in a long-span system. Long-span systems typically consist of wood or steel truss construction. It is imperative that adequate bracing of long-span systems is properly installed and maintained. Many long-span roof failures can be attributed to poorly performing or inadequate bracing.

### 3.2.3  Secondary and Other Structures

Secondary structures include canopies, porches, carports, detached garages, sheds, agricultural buildings, and other usually uninhabited spaces. According to building code, only agricultural buildings and sheds are permitted to be designed to a lower life-safety importance factor than occupied building structures. However, it is important to be aware that secondary structures do not typically perform as well as primary buildings during snow events (SEAW, 2009). Entrance canopies and porch roofs are particularly susceptible to drifting and sliding snow because they are adjacent to the main building structure. These structures are often building additions in which design considerations for the main structure may not have been accounted for.

Agricultural buildings are typically long-span wood-framed or pre-engineered metal buildings. Many older agricultural structures were not required to be designed to a specific snow load.

## 3.3   Common Roof Framing Materials

Roof construction material is an important factor in determining a structure's susceptibility to failure. To clarify, engineers design structures for a total load comprised of dead load (permanent load) and temporary loads (includes snow load). The weight of the structure itself is a dead load; therefore heavier structural materials have heavier dead load. Buildings constructed of heavier materials are typically less susceptible to snow-induced structural failure. This is because snow load in excess of the design snow load constitutes a smaller percentage

increase of the actual total load above the total design load in heavier structures. A smaller variation from the total design load means less likelihood that a structure will fail from the excess load. Another way to think of this is dead load to snow load ratio. Therefore, a good rule of thumb is that the higher the dead load to snow load ratio, the less susceptible a structure is.

### 3.3.1  Wood Construction

Wood-framed structures come in a variety of types and are used in the range of small-to-medium sized building applications. Typically, wood structures are relatively lightweight and may be more susceptible to excess snow loads. Beam and joist framing systems are often referred to as "stick framing" and are used in residential construction, although they are also found in other buildings such as warehouses and churches. Sloped roofs, such as gabled or hipped configurations in residential and small commercial buildings, are often framed with wood trusses or rafters.

Wood trusses consist of sawn lumber for both the vertical and diagonal members. Newer wood truss members are typically connected with metal plate connectors. Wood trusses commonly built today are engineered structural elements that are manufactured offsite, transported as bundled trusses, and installed onsite.

Possible failure modes of wood-framed structures are member fracture, joint failures, and lateral buckling from improper or inadequate installation of lateral bracing.

Wood trusses often have a tag that identifies the manufacturer and size designation, and the tag is important if the member capacity needs to be evaluated.

### 3.3.2  Heavy Timber Construction

Timber-framed structures typically consist of large timber members oriented vertically (post) and horizontally (beam). Timber trusses consist of heavy timber sections for vertical and diagonal members.

Although referred to as heavy timber, this type of construction has a low dead load and often long spans. In a report conducted by the Structural Engineers Association of Washington for the 2008–2009 snow season, heavy timber accounted for the second largest number of failures only to wood trusses.

Possible failure modes of timber-framed roof structures are split or broken truss members and failure of truss connections.

### 3.3.3  Steel Construction

Common types of steel-framed buildings include beam and girder systems, open web steel joists, steel joist girders, and steel trusses. Steel beam and girders are typically hot-rolled sections, typically in an I-shaped configuration. Structural members in older buildings may be cast iron rather than steel. Open web steel joists are manufactured framing members that consist of small steel angles and solid steel bars arranged in a truss-like configuration. Similarly to wood trusses, steel joists often have a tag that identifies the manufacturer and size designation, and the tag is important if the member capacity needs to be evaluated.

### 3.3.4  Pre-Engineered Metal Building Systems

Pre-engineered metal building (PEMB) systems are typically constructed of lite-gage steel members. The primary roof framing and wall system consists of widely spaced rigid frames with steel purlins or steel joists supporting the metal roofing. These systems are used in single-story warehouses, gymnasiums, and similar open-use commercial and industrial buildings. PEMBs are highly engineered with little redundancy or reserve capacity. PEMB may therefore be susceptible to excessive snow loading, but if properly designed, collapse potential is low. If one roof framing member collapses, the failure can propagate because of a loss of integrity of the whole building system. Older pre-engineered metal building systems designed before drifting snow loads (unbalanced loads) were addressed in the building codes may be problematic.

### 3.3.5  Cold Formed Steel Truss Construction

Cold formed steel (CFS) trusses consist of prefabricated members made up of light gage metal sections. CFS trusses are engineered structural systems that are manufactured offsite, transported, and installed onsite. CFS trusses require proper lateral bracing for bucking stability. CFS systems, similarly to PEMB systems, have a relatively low self-weight.

### 3.3.6  Reinforced Concrete Construction

Concrete construction can vary widely. Structural systems can be cast-in-place, precast, or post-tensioned. Because of the relatively high self-weight (dead load) of concrete systems, concrete structures have a low susceptibility to snow-induced failure. Historically, concrete structures have performed well under high snow accumulation conditions.

## 3.4    Additions and Modifications to Roof Areas

### 3.4.1  Rooftop Equipment

Rooftop equipment acts as an obstruction that can collect drifting snow. Typical rooftop equipment items include solar panels, heating/cooling units, and ventilation units and ducts. The equipment must be accounted for when assessing snow load. Rooftop equipment on older buildings is of special interest because many of these buildings were constructed before drifting snow was addressed in building codes. Furthermore, the structural adequacy of the roof structure may not have been checked for rooftop equipment added during a renovation or retrofit. The additional weight of equipment on the rooftop increases demand of the structure system. Without structural modifications to the existing roof, the available capacity to support additional load, such as snow, is reduced.

### 3.4.2  Reroofing

The building structure typically outlasts the roofing material. When buildings are reroofed, a roof covering is often placed over the existing roof. This approach increases the weight of the roof assembly, thus reducing the structural capacity to carry the snow load. When buildings are re-roofed, the thermal efficiency of the roof system is often increased by using thicker insulation or a modern, more efficient insulation that may increase snow retention. Additionally, new roofing material can weigh more than the original roofing system, reducing the load carrying capacity. For example, changing from shingles to slate or tile increases the roof weight significantly.

### 3.4.3  Additions and New Neighboring Buildings

If a roof addition to an existing building is higher than the existing building roof, drifting of snow on the existing lower roof must be considered. Thus, determining whether the existing roof structure has been checked for drifting snow is important.

A new building can act as an aerodynamic shade to the adjacent existing building if the new building's roof elevation is higher than the existing roof, reducing the propensity for shedding snow. Similarly, wind exposure characteristics may also change.

## 3.5    Age and Building Code Considerations

Knowing the age or approximate age of a building is valuable in determining the structural basis of design for the roof framing with regard to snow loads. As noted in Chapter 2, building codes

only began to address non-uniform snow loads in the 1970s and 1980s. In addition, even though codes are updated, there is typically a lag between the code revision and code adoption. If the original drawings are available, the building code used to design the building should be identified. If the drawings are not available but the age of the building is known, the local building department should be able to provide the code edition that was in place when the building was constructed.

Some building materials deteriorate over time. Steel members are susceptible to corrosion, which can reduce the load-carrying ability of the framing members. Wood members can split or rot, which can reduce the load-carrying capacity of the framing members.



Snow Load Safety Guide

# 4 Monitoring a Building Structure

Awareness of the warning signs a structure exhibits during a snow event can be the difference between getting safely through the snow event and experiencing structural failure. Property owners should have a contractor or licensed professional engineer conduct a building inspection and vulnerability assessment before the snow season. During a snow event, there are common signs that indicate a building structure is under duress and action is required. In some cases, the skills of a licensed Professional Engineer are required for an assessment before, during, or after a snow event.

## 4.1    Pre-Season Inspection and Condition Assessment

Familiarity with the building structure before the snow season begins is important in determining whether any changes occurred during a snow event. Knowing a building's characteristics and structural system are part of establishing the baseline condition. In addition to the

as-built knowledge, the current condition of the structure needs to be known.

This section discusses what to be aware of and the steps that should be taken to prepare for a major snow event.

### 4.1.1  Key Building Information

The following baseline information should be collected for the building:

- Applicable building codes
- Design snow load
- Structural framing system
- Thermal properties
- Renovation history

### 4.1.2  Items to Inspect

Although all of the roof structure and building should be inspected, closer inspection is warranted at particular roof areas. As detailed in Chapter 3, Roof valleys, low points of saw-tooth roofs, abrupt roof elevation changes, parapets, and other obstructions and protrusions are locations that accumulate greater amounts of snow. Structural members in these locations therefore experience greater snow loads. Roof framing should be checked for deterioration, weakness, damage, or modification. In addition to the building structure, other items that should be inspected for proper function include:

- Gutters and downspouts for disrepair and free of debris
- Seals around rooftop penetrations are intact
- Openings around exhaust vents
- Internally drained roof downspouts are clear of debris
- Flashing around connections of rooftop equipment
- Roof soffit and ridge ventilation
- Cold eave electric heaters are properly functioning
- Vertical position of trusses are not leaning out-of-plane
- Metal plates connecting truss member chords
- Lateral braces are firmly connected to roof structure and do not show signs of over-stress or disrepair
- Attic areas are dry and free of excess moisture

Many of the items on the list above do not require the services of a design professional for routine inspection. However, for a comprehensive inspection or if there is a question that any of these items are deficient, professional services should be retained.

### 4.1.3  Repairs, Corrective Action, and Mitigation

Managing deficiencies ahead of a snow event is important in ensuring the integrity of the structure during the event. Small disrepairs can propagate into much larger issues. For commercial and industrial buildings, many of the issues can be handled internally through the skilled maintenance personnel. For residential properties, minor mitigation or corrective actions like ensuring gutters and downspouts are not blocked at the discharge point can be handled by the homeowner. It is imperative that safety measures be taken and equipment warnings are heeded. However, for structural concerns such as out-of-plane trusses or corroded metal brackets used in wood construction, the skills of a professional are required. An attempt to mitigate or repair building components vital to the proper function that are beyond the ability of the stakeholder or homeowner can cause additional damage.

## 4.2   Warning Signs of Overstress Conditions During a Snow Event

Overstressed roof deck or framing typically displays some warning signs. Wood and steel structures may show noticeable signs of excessive deflection before failure. The following warning signs are common in wood, metal, and steel constructed buildings:

- Sagging ceiling tiles or boards, ceiling boards falling out of the ceiling grid, and/or sagging sprinkler lines and sprinkler heads

- Sprinkler heads deflecting below suspended ceilings

- Popping, cracking, and creaking noises

- Sagging roof members, including metal decking or plywood sheathing

- Bowing truss bottom chords or web members

- Doors and/or windows that can no longer be opened or closed

- Cracked or split wood members

- Cracks in walls or masonry

- Severe roof leaks
- Excessive accumulation of water at nondrainage locations on low slope roofs

## 4.3   When to Contact a Professional Structural Engineer

If any of the warning signs identified in the previous section are observed, the building should be promptly evacuated and a qualified design professional should be contacted to perform a detailed structural inspection. A qualified design professional, such as a Professional Engineer, has the experience to make an assessment of structural integrity of the building and identify steps to make the building safe.

R I S K   M A N A G E M E N T   S E R I E S



Snow Load Safety Guide

# 5

# Measures to Reduce the Potential of Snow Load-Induced Structural Failures

**S**imilar to monitoring a building structure, preventative measures should be taken in advance of the snow season and not only before an actual snow event. The pre-season building inspection and vulnerability assessment should be followed by implementation of mitigation measures for structural vulnerabilities identified during the investigation. Steps should be taken during a snow event to reduce the risk of snow-induced structural failure. Formulating a plan and delegating responsibility prior to the snow season will make dealing with a snow event more manageable and help eliminate confusion about responsibilities during and immediately after the event. A Snow Event Response Plan should address both preventative measures and actions to be taken during the storm. This chapter discusses these two topics

and describes the fundamental items that need to be included in a Snow Event Response Plan.

## 5.1    Pre-Season Preventative Measures and Planning

Ensuring the building structure and roof are in good repair prior to the snow season will prevent possible problems and potentially save repair and cleanup costs. Developing a Snow Event Response Plan ahead of the snow season is imperative for major facilities, such as manufacturing buildings, warehouses, and big box retail facilities with multiple work shifts. Assigning tasks/roles in advance will help reduce confusion during a snow event and help ensure that nothing is overlooked, such as determining whether snow removal will be done by in-house crews or by a contractor on retainer.

Prepare an Occupational Safety and Health Administration (OSHA)-compliant safety plan to ensure worker safety during snow removal work and inspections. The means of roof access and egress should be identified and all edge fall protection requirements reviewed.

Measures should include locating areas where snow removed from a roof can be stored on the ground away from entrances, exits, canopies, and building equipment. Accessibility for snow removal vehicles should be checked. Necessary snow removal equipment should be acquired and an inspection schedule for the equipment should be prepared.

Snowfall can hide rooftop hazards. Conduits, gas lines, vents, equipment, lightning protection, and skylights should be marked with flags or a similar system to prevent injury to staff and unnecessary damage to these items. Skylights are of particular concern because personnel clearing snow may fall through them if not properly identified. If possible, locations of columns and primary structure members should be marked to help develop a snow removal sequence. Roof drains, gutters, downspouts, and vents should be checked to make sure they are free of debris and other obstructions.

Structural deficiencies identified in the pre-season inspection should be prioritized and addressed by severity and the risk posed. If the construction drawings do not clearly identify the design snow load or the information is not available, contact a licensed Professional Engineer. Familiarity with the roof design and the areas that require closer observation is critical information before a snow event.

## 5.2    Snow Event Response Strategies

### 5.2.1   What to Do During a Significant Snow Event

The Snow Event Response Plan should be reviewed. The Plan should define a methodology to determine an approximate snow load and at what point snow removal should be initiated. Snow removal will prevent overstressing of the roof structure. Having an in-house plan for snow removal in place or a contractor on retainer is imperative.  Contractors will be in high demand and difficult to find once a snow storm begins.

### 5.2.2   What to Do After a Major Snow Event

Even if snow accumulation during an individual snow event approaches but does not surpass the threshold of building safety, removal of snow from the roof may still be in order. Roof snow that is exposed to sunlight can soften, become denser, and then harden when the temperature drops below freezing. As noted in Chapter 2, melt water may pool and subsequently freeze, creating a concentrated area of loading on the roof. If subsequent snow events are anticipated, removing snow from the roof will minimize the risk of accumulating snow causing structural damage. One benefit of immediate snow removal is that the effort required to remove the snow from the rooftop is reduced. However, when snow accumulation is minor, the likelihood of damaging the roofing material or risk of being on a roof outweighs the benefits of removal.

### 5.2.3   What to Do Before Another Snow Event

The steps taken in advance of a subsequent snow event vary only slightly from the approach in advance of any snow event. Key steps include inspection of drains, gutters, downspouts, and vents for snow or ice blockage from the earlier snowfall.

Designated areas for removed rooftop snow must have sufficient capacity to accommodate additional snow. After a major storm, snow may need to be removed from the premises to create space for subsequent snow. For example, if snow is stored in the parking lot, but the amount of snowfall is such that it occupies too much of the lot area, the snow may need to be transported offsite.

## 5.3   Removal of Snow from Roof

### 5.3.1  When to Initiate Snow Removal

A number of factors influence when snow removal should begin including, but not limited to, the pre-snow condition of the building structure, snow from a previous snow event still on the roof, the rate of snowfall, and/or the need to keep ahead of additional snow if there is a valid concern of a snow-induced structural failure.

> **WARNING**
>
> If there is any concern that snow loads may cause a collapse of the roof structure, cease all removal activity and evacuate the building.

Knowing the design snow load of the structure is key in determining when to begin removal. Design snow load can be determined from construction drawings. If there are no drawings, retain the services of a licensed design professional before the snow season to determine structural capacity. A local Professional Engineer will be familiar with the snow conditions of the region. Their knowledge of the pervasive snow type can help the stakeholder formulate some benchmarks to when snow accumulation at the building is approaching the snow load capacity. As noted earlier, roof snow loads vary from ground snow based on multiple factors. Therefore, attempting to measure ground snow weight and assuming that it is the same as the roof snow load is incorrect.

If the existing snow load is close to the capacity of the roof structure, snow removal is prudent. If the existing snow load is somewhat close to capacity and additional snow is forecast that could come close or exceed the capacity, snow removal is also prudent.

Snow removal should be performed by a licensed, insured professional roofing contractor who has experience in removing snow from roofs. Using a professional roofing contractor is highly recommended because of the contractor's familiarity with safety protocols.

### 5.3.2  Safety Measures for Snow Removal

■ Any roof snow removal should be conducted following proper OSHA protocol for work on rooftops. Use roof fall arrest harnesses where applicable.

■ Always have someone below the roof to keep foot traffic away from locations where falling snow or ice could cause injuries.

■ Ensure someone confirms that the area below removal site is free of equipment that could be damaged by falling snow or ice.

■ Whenever snow is being removed from a roof, be careful of dislodged icicles. An icicle falling from a short height can still cause damage or injury.

■ When using a non-metallic snow rake, be aware that roof snow can slide at any moment. Keep a safe distance away from the eave to remain outside of the sliding range.

■ Buried skylights pose a high risk to workers on a roof removing snow. Properly mark this hazard as well as other rooftop hazards prior to snow events.

### 5.3.3  Method of Snow Removal

■ Removing snow completely from a roof surface can result in serious damage to the roof covering and possibly lead to leaks and additional damage. At least 2 inches of snow should be left on the roof.

■ Do not use mechanical snow removal equipment. The risk of damaging the roof membrane or other rooftop items outweighs the advantage of speed.

■ Do not use sharp tools, such as picks, to remove snow. Use plastic rather than metal shovels.

■ Remove drifted snow first at building elevation changes, parapets, and around equipment.

■ Once drifted snow has been removed, start remaining snow removal from the center portion of the roof.

■ Remove snow in the direction of primary structural members (Figure 5). This will prevent unbalanced snow loading.

■ Do not stockpile snow on the roof.

■ Dispose of removed snow in designated areas on the ground.

■ Keep snow away from building exits, fire escapes, drain downspouts, ventilation openings, and equipment.

■ If possible, remove snow starting at the ridge and moving toward the eave for gable and sloped roofs.

- Use a non-metallic snow rake for steep roof slopes if possible. Metal snow rakes can damage roofing material and should be avoided. Snow removal can be conducted from the ground, removing the risk to people on a hazardous roof.

- Upon completion of snow removal, the roofing material should be inspected for any signs of damage. Additionally, a quick inspection of the structural system may be prudent after particularly large snow events.



Figure 5. Snow Removal Diagram



Snow Load Safety Guide

# 6

# Bibliography

American Society of Civil Engineers / Structural Engineering Institute (ASCE/SEI). 2010. *Minimum Design Loads for Buildings and Other Structures.* ASCE 7-10.

Building Officials Code Administrators (BOCA) Code

Buska, J. and Tobiasson, W. 1993. "Standing Seam Metal Roofing Systems in Cold Regions". *10th Conference on Roofing Technology.* National Roofing Contractors Association.

Buska, J. and Tobiasson, W. 2001. "Minimizing the Adverse Effects of Snow and Ice on Roofs." *International Conference on Building Envelope Systems and Technologies.* Ottawa, Canada.

Gooch, C.A. 1999. "Heavy Snow Loads." *Dairy Facilities/Environmental Management Engineering, Cornell University.* Ithaca, NY.

Gooch, C.A. and Gebremedhin, K.G. 1999. "Assessment of Failures of Post-Frame Buildings in New York State Due to Snow Load" *Dairy Facilities/Environmental Management Engineering, Cornell University.* Ithaca, NY.

International Code Council. 2012. *International Building Code.*

Liel, A.B., Jackson, K.A., and Geis, J.M. *A Framework for Performance Based Design and Assessment of Buildings Subjected to Extreme Snow Loads.* Department of Civil, Environmental and Architectural Engineering, University of Colorado, Boulder, CO.

O'Rourke, M. 2008. "Structural Collapse from Snow Load" *Structure Magazine*: November.

O'Rourke, M. 2010. *Snow Loads: Guide to the Snow Load Provisions of ASCE 7-10.* Reston, VA: ASCE Press.

O'Rourke, M. 2011. "Snow & Rain Provisions in ASCE 7-10." *Structure Magazine*: February.

Schriever, W.R. 2005. "CBD-193. Estimating Snow Loads on Roofs" *Canadian Building Digests.* NRC-IRC Publications.

Structural Engineers Association of Washington (SEAW), Spokane Chapter. (2009). *Study of Structural Failures Associated with the Winter 2008-2009 Snow Event in the Spokane/Coeur d'Alene Area.*

Uniform Building Code (UBC).

U.S. Army Corps of Engineers (USACE). (1998). TI 809-52 *Commentary on Snow Loads.* Washington, DC.

Zallen, R.M. 2001. "Snowdrift Causes Roof Collapse." *Forensic Engineering in Construction*, 4. Framingham, MA.



FEMA

**FEMA P-957**
Catalog No: 13052-4



Wind blew snow and drifted it based on the building design - weight of snow caused collapse

Picture #1



Picture #2



Picture #3

Picture #4





Picture #5